## ADAMS v. NELSEN

No. 166PA84.

Case below: 67 N.C. App. 284.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 5 June 1984.

## BAILEY v. SMOKY MOUNTAIN ENTERPRISES

No. 621P83.

Case below: 65 N.C. App. 134.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 June 1984.

## BERGER v. BERGER

No. 201P84.

Case below: 67 N.C. App. 591.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1984.

## BURWELL v. GRIFFIN

No. 215P84.

Case below: 67 N.C. App. 198.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 June 1984. Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 5 June 1984.

## CABARRUS BANK & TRUST COMPANY v. CHANDLER

No. 497P83.

Case below: 63 N.C. App. 724.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1984.